■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LILLIE THOMPSON, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the County Court, Nassau County, imposed February 29, 1980. Sentence affirmed. No opinion. This case is remitted to the County Court,

Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Cohalan, Margett and Martuscello, JJ., concur.